## BRODIE v. COMMONWEALTH.

(Decided April 16, 1929.)

Smith & McKenzie for movant.

J. W. Cammack, Atty. Gen., and Geo. H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $500 and 4 months in jal.

Appeal denied; judgment affirmed.

## BUSTER v. COMMONWEALTH.

(Decided April 19, 1929.)

J. A. Flowers for movant.

J. W. Cammack, Atty. Gen. (Douglas C. Vest, of counsel), for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.